JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY 11 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 17-976M |
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DETENTION |
| JOHN GIBSON, | ) | [18 U.S.C. §§ 3148(b), 3143(a)] |
| Defendant. | ) | |

On May 2, 2017, defendant John Gibson made his initial appearance following his arrest on a bench warrant issued by the Eastern District of Louisiana for alleged violations of the terms and conditions of release pending surrender for service of sentence.

The Court has reviewed the files and records in this matter and granted the parties' request to continue the detention hearing to May 11, 2017 at 10:00 a.m. The Court was subsequently notified that defendant Gibson had satisfied the bond violation warrant and was ordered to begin serving his sentence in the United States Bureau of Prisons, effective May 2, 2017. See United States of America v. John Gibson, CR 16-103-SSV-DEK (Docket Entry No. 42) (United States

District Court for the Eastern District of Louisiana).

The Court finds, pursuant to 18 U.S.C. § 3148(b), as follows:

1. Based on the factors set forth in 18 U.S.C. § 3142(g), there no longer is any condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the community if allowed to remain on bail pending surrender for service of sentence.

2. The Court has taken into account the allegations of defendant's noncompliance with the conditions of his release, which include leaving the continental United States without permission from April 28, 2017 to May 1, 2017.

The Court finds that these allegations constitute a change in circumstances which justifies reconsideration of the decision to allow him to remain on bail pending surrender for service of sentence. The Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee if allowed to remain on bail.

IT THEREFORE IS ORDERED that defendant is remanded to the custody of the United States Marshal.

Dated: May 11, 2017.

/s/
ALKA SAGAR
UNITES STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL ACTION |
| | * | |
| **VERSUS** | * | CASE NO. 16-103 |
| | * | |
| **JOHN GIBSON** | * | SECTION "R" |

### ORDER

**IT IS ORDERED** that the bond violation warrant issued for John Gibson on May 1, 2017, be deemed satisfied by his arrest on May 2, 2017.

**IT IS FURTHER ORDERED** that the defendant is hereby ordered to begin serving his sentence in the United States Bureau of Prisons effective May 2, 2017.

New Orleans, Louisiana this ___11th___ day of ___May___, 20_17_.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

Clerk to Notify:
United States Probation
United States Marshals
U.S. Bureau of Prisons
Counsel for Defendant
Defendant



CLERK'S OFFICE
A TRUE COPY
May 11 2017
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

1